UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL A. GRASSMUECK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ZHOU YAN, et al.,<br><br>　　　　　Defendants. | NO. C17-794RSL<br><br>ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

　　　The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement entered May 24, 2017, is hereby VACATED. The Court will reissue the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement after defendants have appeared.

　　　DATED this 31st day of May, 2017.

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT